No. 70–5015. ARGERSINGER v. HAMLIN, SHERIFF. Sup. Ct. Fla. [Certiorari granted, 401 U. S. 908.] Motion of Bruce S. Rogow for leave to permit J. Michael Shea to argue orally *pro hac vice* on behalf of petitioner granted.

No. 70–5025. HAINES v. KERNER ET AL. C. A. 7th Cir. [Certiorari granted, 401 U. S. 954.] Motions of National Law Office of the National Legal Aid & Defenders Assn. for leave to file a brief as *amicus curiae* and to dispense with printing granted.

No. 70–5146. BEASLEY v. UNITED STATES, *ante*, p. 866. Order dated November 16, 1971 [*ante*, p. 960], denying petition for rehearing is vacated pending further order of this Court.

No. 71–11. JAMES, JUDICIAL ADMINISTRATOR, ET AL. v. STRANGE. Appeal from D. C. Kan. Probable jurisdiction noted.

No. 71–422. LAKE CARRIERS' ASSN. ET AL. v. MAC-MULLAN ET AL. Appeal from D. C. E. D. Mich. Probable jurisdiction noted.

No. 70–220. CAPLIN, TRUSTEE v. MARINE MIDLAND GRACE TRUST CO. OF NEW YORK. C. A. 2d Cir. Certiorari granted.

No. 70–314. BRUNETTE MACHINE WORKS, LTD. v. KOCKUM INDUSTRIES, INC. C. A. 9th Cir. Certiorari granted.

No. 71–41. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL–CIO v. FLAIR BUILDERS, INC. C. A. 7th Cir. Certiorari granted.